## LOWERY v. UNITED STATES.

### No. 10211.

Circuit Court of Appeals, Ninth Circuit.

April 27, 1943.

Albert D. Rosellini, of Seattle, Wash., for appellant.

J. Charles Dennis, U. S. Atty., and G. D. Hile, Asst. U. S. Attorney, both of Seattle, Wash., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Appellant was convicted of a violation of the Narcotic Drugs Act, 21 U.S.C.A. § 174. His sole contention is that the evidence against him was obtained by an unlawful search and seizure in violation of the Fourth and Fifth Amendments to the Constitution.

Appellant was intercepted by the federal officers as he disembarked from a plane and was about to enter a bus; and a bag was taken from him containing a number of tins of opium. The officers had no search warrant. It is clear from the showing made on the motion to suppress that the officers were in possession of facts sufficient to lead a reasonably discreet and prudent person to believe that appellant was unlawfully in possession of narcotics. The judgment is accordingly affirmed on the authority of Carroll v. United States, 267 U.S. 132, 45 S.Ct. 280, 69 L.Ed. 543, 39 A.L.R. 790, and Husty v. United States, 282 U.S. 694, 51 S.Ct. 240, 75 L.Ed. 629, 74 A.L.R. 1407.

## UNITED STATES ex rel. Walter GUTTERSON, Relator-Appellant, v. E. E. THOMPSON, Warden of the United States House of Detention at 427 West Street, New York City, Respondent-Appellee.

### No. 183.

Circuit Court of Appeals, Second Circuit.

May 17, 1943.

William Weisman, of New York City, for relator-appellant.

Harold M. Kennedy, U. S. Atty., of Brooklyn, N. Y. (Vine H. Smith, Asst. U. S. Atty., of Brooklyn, of counsel), for respondent-appellee.

Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

The judgment is affirmed. Hogan v. Zerbst, 5 Cir., 101 F.2d 634; Adams v. Hudspeth, 10 Cir., 121 F.2d 270; Zerbst v. Kidwell, 304 U.S. 359, 58 S.Ct. 872, 82 L.Ed. 1399, 116 A.L.R. 808.